# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

143804

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CRYSTAL HOWERY,
       Plaintiff-Appellant,

v

                            SC: 143804
                            COA: 303958

CITY OF DETROIT,
       Defendant-Appellee.
                            MTT: 00-375025

_____/

       On order of the Court, the application for leave to appeal the June 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012                                    _____
                                               Clerk

t0123